UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OMAR AMANAT,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/17

**ORDER**

15 Cr. 536 (PGG-4)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons set forth in the Court's November 2, 2017 sealed ex parte order, the motions to quash by non-parties Alston & Bird LLP, Michael A. Kaeding, Ryan P. Ethridge, and Jessica Corley and Gary V. Mauney are granted. (Dkt. Nos. 525, 525)

Dated: New York, New York
       November 2, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge