UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/7/18_

UNITED STATES OF AMERICA

- against -

OMAR AMANAT,

Defendant.

**ORDER**

S8 15 Cr. 536 (PGG-4)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant Omar Amanat will take

place on **July 9, 2018 at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York. Any submission on behalf of the

Defendant is due **June 18, 2018**, and any response by the Government is due **June 25, 2018**.

Dated: New York, New York
       May 7 , 2018

SO ORDERED.

_Paul G. Sandep_

Paul G. Gardephe
United States District Judge