```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/6/18__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

OMAR AMANAT,

                    Defendant.

**ORDER**

S8 15 Cr. 536 (PGG-4)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of Defendant Omar Amanat will take place on **October 18, 2018 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      August 6, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge