**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2019

BY ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Irfan Amanat
            S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

    The Government writes to respectfully request a one-week adjournment of the December 3, 2019 date by which it must respond to the motions filed by counsel for Omar Amanat and Irfan Amanat, respectively, relating to discovery requests concerning the *Fatico* hearing relating to witness Spyros Enotiades. The Government has conferred with counsel for both Omar and Irfan Amanat. Both counsel have indicated they do not oppose this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    Acting United States Attorney

By:    /s/
    Andrea M. Griswold
    Joshua A. Naftalis
    Daniel Tracer
    Assistant United States Attorneys
    (212) 637-1205/2310

cc:    Defense Counsel (via ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 3, 2019