**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 15, 2020

BY CM/ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 16, 2020

Re: United States v. Omar Amanat
S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

The Government respectfully writes to request a brief extension of time to respond to Omar Amanat's motion for bail. (Dkt. 1057). On Friday, March 13, 2020 at approximately 6:05 p.m., the Court ordered the Government to respond to the defendant's motion by Monday, March 16, 2020 at 5:00 p.m. (Dkt. 1058). The Government requests that its time to respond be extended by two days, until Wednesday, March 18, 2020 at 5:00 p.m. The defendant objects to the Government's request. The Government seeks this brief extension of time to enable it to properly consult with appropriate personnel at the Bureau of Prisons ("BOP"), which the Government has thus far been unable to do over the weekend. In the interim, the Government notes that the BOP has been planning for COVID-19 since January 2020, including by establishing an agency task force that is working in conjunction with subject matter experts at the Centers for Disease Control and is reviewing guidance from the World Health Organization. On Friday, March 13, 2020, the BOP announced that it had implemented a Phase Two response in order to mitigate the spread of the virus within BOP facilities. *See* https://www.bop.gov/resources/news/20200313_covid-19.jsp.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: ___/s/___
Joshua A. Naftalis
Andrea M. Griswold
Assistant United States Attorneys
(212) 637-2310/1205

cc: Defense Counsel (via ECF)