UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OMAR AMANAT and IRFAN AMANAT,

Defendants.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Defendants Omar Amanat and Irfan Amanat are currently detained at the Metropolitan Detention Center. (Dkt. Nos. 1057, 1062) They have both moved for release on bail. (Dkt. Nos. 1057, 1062-63, 1065-68, 1070-72, 1074) The Government opposes Defendants' applications. (Dkt. Nos. 1064, 1073) Both Defendants were convicted at trial and await sentencing.

    By April 10, 2020, Defendants will make a submission stating whether they consent to having their bail applications decided on the papers, and waive their right to a hearing. The Government will likewise make a submission by April 10, 2020 stating whether it consents to having Defendants' bail applications decided on the papers.

Dated: New York, New York
    April 3, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge