**O'NEILL / HASSEN**                                                                                   Attorneys at Law

May 19, 2020

<u>VIA ECF and Email</u>
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      RE: *United States v. Omar Amanat,* 15 Cr 536 (PGG)

Dear Judge Gardephe:

      I am writing to request that the Court set a sentencing date for Mr. Amanat as soon as possible.

      Mr. Amanat was remanded after a guilty verdict at trial. He has been incarcerated at MCC and MDC for over two years now. Post-trial motions are outstanding, but most are fully briefed. The conditions of Mr. Amanat's incarceration have become intolerable. He has been housed at a maximum-security prison for over two years, with no access to programs or fresh air. During this pandemic, he has been locked in his cell for all but three hours a week.

      Mr. Amanat respectfully requests that the Court set a sentencing date as soon as possible so that when movement resumes, he can be sent to a facility that is appropriately designated. I thank the Court for its attention to this matter.

      Kind regards,

      /s/

      Grainne E. O'Neill

**1 /** P (646) 808-0997          **4 /** www.oandh.net
**2 /** F (212) 203-1858          **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net         **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA