O'NEILL / HASSEN                                                                    Attorneys at Law

September 14, 2020

VIA Email and ECF
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Omar Amanat,* 15 Cr 536 (PGG)

Dear Judge Gardephe:

I represent Omar Amanat in the above-captioned matter. I am writing to request that the Court allow Omar Amanat to attend his father's funeral.

Sharif Amanat passed away earlier this morning from advanced stage prostate cancer. Hamida Amanat, Sharif's wife and Omar's mother contacted us moments after Sharif' death. He was home on hospice care for the past few months.

We ask that Omar Amanat be allowed to attend his father's funeral. Arrangements will be forthcoming and can be provided to the Court in advance.

I thank the Court for its attention to this matter.

Kind regards,

/s/

Grainne O'Neill

1 / P (646) 808-0997         4 / www.oandh.net
2 / F (212) 203-1858         5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net        6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA