# O'NEILL / HASSEN

Attorneys at Law

September 14, 2020

<u>VIA Email and ECF</u>
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE: *United States v. Omar Amanat,* 15 Cr 536 (PGG)

Dear Judge Gardephe:

    I represent Omar Amanat in the above-captioned matter. I am writing to request that the Court allow Omar Amanat to attend his father's funeral.

    Sharif Amanat passed away earlier this morning from advanced stage prostate cancer. Hamida Amanat, Sharif's wife and Omar's mother contacted us moments after Sharif' death. He was home on hospice care for the past few months.

    We ask that Omar Amanat be allowed to attend his father's funeral. Arrangements will be forthcoming and can be provided to the Court in advance.

    I thank the Court for its attention to this matter.

MEMO ENDORSED:

The applications for temporary release (Dkt. Nos. 1093, 1094) are denied. As the Court concluded when addressing their requests for bail pending sentencing, Defendants pose a serious risk of flight. (Dkt. No. 1080) Thus, Defendants have not met their burden to demonstrate by "clear and convincing evidence" that they are "not likely to flee." <u>See</u> 18 U.S.C. § 3143; <u>United States v. Ortiz</u>, No. 18 CR 413 (VM), 2020 WL 2765042, at *1 (S.D.N.Y. May 28, 2020) ("The Court need not decide whether . . . [there are] 'exceptional reasons' [for release] . . . , as the Court is not persuaded that there is clear and convincing evidence Ortiz is not a flight risk. . . .").

Kind regards,

/s/

Grainne O'Neill

SO ORDERED.

*[signature: Paul G. Gardephe]*

Dated: September 16, 2020

1 / P (646) 808-0997     4 / www.oandh.net
2 / F (212) 203-1858     5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net    6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA