UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

                                                                                            15 Cr. 536 (PGG)

            - against -

                                                                               NOTICE OF APPEARANCE

OMAR AMANAT,
                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        PLEASE TAKE NOTICE that the undersigned enters his appearance as assigned counsel for the defendant pursuant to the Criminal Justice Act.


Dated:  New York, New York
           November 9, 2020


                                                     By:     _____/S/_____
                                                               Jacob Mitchell
                                                                The Law Office of Jacob Barclay Mitchell
                                                                Attorney for Defendant
                                                               225 Broadway, Suite 2815
                                                               New York, New York 10007
                                                               (212) 208-1466
                                                               email: jacobbarclaymitchell@gmail.com