UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| OMAR AMANAT, | 15 Cr. 536 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Omar Amanat recently filed a motion for a new trial, a supplemental motion for a new trial, and a memorandum of law in support of the supplemental motion.  (See Dkt. Nos. 1112-1114)  The Government shall file opposition papers by **January 19, 2021**.  Any reply papers are due by January 26, 2021.

Dated: New York, New York
       December 29, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge