

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2021

BY CM/ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Omar Amanat
              S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

      As requested by Your Honor's Law Clerk, the Government writes to clarify that the letter brief that the Government filed on March 15, 2021 (Dkt. 1126) was in opposition to defendant Omar Amanat's supplemental Rule 29 letter motion, filed on March 12, 2021 (Dkt. 1125).

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:    /s/
      Joshua A. Naftalis
      Andrea M. Griswold
      Daniel M. Tracer
      Assistant United States Attorneys
      (212) 637-2310/1205/2329

cc:    Defense Counsel