UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Protective Order** |
| v. | **15 Cr. 536 (PGG)** |
| Kaleil Isaza Tuzman, Omar Amanat, and Irfan Amanat, | |
| *Defendants.* | |

Upon the *ex parte* application of the United States of America, and Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court hereby finds and orders as follows:

1. **Disclosure Material.** On or about January 8, 2021, the United States Postal Inspection Service disclosed certain materials in response to a subpoena issued by counsel for Irfan Amanat pursuant to Federal Rule of Criminal Procedure 17(c), including certain materials that are the subject of an unrelated grand jury investigation (the "Subpoena Materials"). The Subpoena Materials may include material that (i) affects the privacy and confidentiality of individuals; (ii) would risk prejudicial publicity to unindicted individuals if publicly disseminated; and (iii) that is not authorized to be disclosed to the public.

2. The Government asserts that some or all of the Subpoena Materials should not have been produced and there may be grounds to claw back some or all of these materials. The Government has represented that it intends to confer with the defendants and defense counsel about the Subpoena Materials, but seeks to prevent any further dissemination or disclosure of the Subpoena Materials before or during those discussions and prior to any resolution or further litigation of these or related issues.

**NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

3. The Subpoena Materials shall not be disclosed by the defendants or defense counsel, including any successor counsel ("the defense") to any other person. The defense shall not post any Subpoena Materials on any Internet site or network site to which persons other than the parties hereto have access, and shall not disclose any Subpoena Materials to the media or any third party except as set forth below.

4. The Government may authorize, in writing, disclosure of Subpoena Materials beyond that otherwise permitted by this Order without further Order of this Court.

5. This Order does not prevent the use of any Subpoena Materials in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. However, Subpoena Materials pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

**Retention of Jurisdiction**

6. Absent further order of the Court, the provisions of this order shall terminate in 90 days from the entry of this Order.

SO ORDERED:

Dated: New York, New York
        March 18, 2021

_____
THE HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE