UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>OMAR AMANAT,<br><br>Defendant. | **ORDER**<br><br>15 Cr. 536 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

A status conference will take place on **Friday, April 23, 2021 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The primary purpose of this conference is to discuss Defendant Omar Amanat's representation in this matter. Accordingly, the following attorneys – in addition to the attorneys for the Government – are required to be present: Grainne E. O'Neill, Ruth M. Liebesman, Daniel S. Ruzumna, and Muhammad U. Faridi.

Dated: New York, New York
       April 6, 2021

SO ORDERED.

_Paul S. Gardephe_

Paul G. Gardephe
United States District Judge