UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>OMAR AMANAT,<br><br>                    Defendant. | **ORDER**<br><br>15 Cr. 536 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for April 23, 2021 is adjourned to **Monday, April 26, 2021 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

As previously stated, the primary purpose of this conference is to discuss Defendant Omar Amanat's representation in this matter. Accordingly, the following attorneys – in addition to the attorneys for the Government – are required to be present: Grainne E. O'Neill, Ruth M. Liebesman, Daniel S. Ruzumna, and Muhammad U. Faridi.

Dated: New York, New York
       April 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge