UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

OMAR AMANAT,

Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for April 26, 2021 at 9:30 a.m. is adjourned to **Tuesday, May 4, 2021 at 12:00 noon.**

As previously stated, the primary purpose of this conference is to discuss Defendant Omar Amanat's representation in this matter. Accordingly, the following attorneys – in addition to the attorneys for the Government – are required to be present: Grainne E. O'Neill, Ruth M. Liebesman, Daniel S. Ruzumna, and Muhammad U. Faridi.

The conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. However, Defendant will appear remotely by telephone.

Dated: New York, New York
April 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge