UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

OMAR AMANAT,

Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, Patterson, Belknap, Webb & Tyler LLP will submit briefing regarding their representation in this matter by **May 11, 2021.** Any Government submission concerning this issue is due by **May 18, 2021.**

The sentencing of Defendant Omar Amanat will take place on **August 19, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any additional defense sentencing submissions are due by **August 5, 2021**, and any additional sentencing submission from the Government is due by **August 12, 2021**.

Dated: New York, New York
May 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge