UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

OMAR AMANAT,

            Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing of Defendant Omar Amanat presently scheduled to take place on August 19, 2021 at 4:00 p.m. – in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York – will take place at **3:00 p.m.**

Dated: New York, New York
       July 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge