**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

July 27, 2021

Daniel Ruzumna
(212) 336-2034
druzumna@pbwt.com

The Clerk of Court shall terminate the appearances of Daniel S. Ruzumna and Muhammad U. Faridi.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Dated: July 28, 2021

Honorable Paul G. Gardephe
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Kaleil Isaza Tuzman, *et al*.**
      **15 Cr. 536 (PGG)**

Dear Judge Gardephe:

At the May 4, 2021 conference in the above-captioned matter, in response to the filing of notices of appearance by the undersigned and Muhammad Faridi of Patterson Belknap Webb & Tyler LLP ("Patterson" or the "Firm"), the Court expressed its concern about a potential appearance of partiality based on Your Honor's past affiliation with Patterson and its continuing relationships with a number of lawyers at the Firm. The Court raised the question of whether it should grant our notices of appearance. (*See* Order, Dkt. 1147.) As we mentioned in our May 11, 2021 letter, it was not Mr. Amanat's nor counsel's intention to put the Court in an uncomfortable position nor to create any real or perceived appearance of partiality. Rather than troubling the Court with this issue and in light of the approaching sentencing date, Mr. Amanat has asked John Meringolo to represent him for sentencing and has asked Patterson to withdraw its notices of appearance. Mr. Amanat's decision is based solely on his desire to avoid burdening the Court and eliminating the need for the Court to decide the issue of whether to approve the Firm's notices of appearance. Accordingly, to the extent the docket reflects the appearances of the undersigned and Muhammad Faridi, we respectfully request that those appearances be terminated. We will do whatever is needed to assist Mr. Meringolo as he prepares for the sentencing hearing.

Respectfully submitted,

Daniel S. Ruzumna

cc:   Counsel of Record (via ECF)

12910414