**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

August 5, 2021

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1000

Re:     *United States v. Omar Amanat*, 15 Cr. 536 (PGG)

Dear Judge Gardephe:

I respectfully submit this letter to request that Your Honor allow me to withdraw, at this point, from representation of Omar Amanat. As Your Honor is aware, I was required to move to withdraw by ethical concerns – specifically conflicts created by my joining my current law firm, as well as conflicts created by my prior work as an Assistant U.S. Attorney. Your Honor held a hearing on this issue on December 21, 2018, and concluded that, notwithstanding these concerns, it was critical for the effective representation of Mr. Amanat that I continue to represent him for the purposes of a then-anticipated *Fatico* hearing on loss calculation, and other such matter as were appropriate. Your Honor subsequently conducted a Curcio hearing and appointed CJA counsel, who took the role of primary representation of Mr. Amanat. I subsequently submitted briefing on loss issues and appeared at the loss *Fatico* on Mr. Amanat's behalf. I have continued to attempt to support Mr. Amanat and his other attorneys in this matter.

Given Your Honor's recent resolution of the loss *Fatico* issues and the appearance of Mr. Meringolo on behalf of Mr. Amanat, I respectfully request that at this time Your Honor permit me to withdraw. I am in touch with Mr. Meringolo and I remain deeply committed to assisting him and Mr. Amanat in any way that will be helpful as Mr. Meringolo prepares for sentencing. I have spoken with Mr. Amanat and he is aware of my intention to withdraw. I appreciate Your Honor's consideration.

Respectfully submitted,

Randall W. Jackson