**O'NEILL / HASSEN**                                                                                              Attorneys at Law

August 5, 2021

VIA ECF and Email
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      RE: *United States v. Omar Amanat,* 15 Cr. 536 (PGG)

Dear Judge Gardephe:

    As the Court is aware, I was appointed *Curcio* counsel for Mr. Amanat and then appointed as lead counsel for the pendency of the case, pursuant to the Criminal Justice Act. Earlier this year, Mr. Amanat hired a series of attorneys to represent him in this matter and I then requested to be relieved as counsel. Mr. Amanat has more recently retained John Meringolo to conduct his sentencing. I have reached out to Mr. Meringolo to provide him with the materials in my possession, including any underlying records and reports.

    I thank the Court for its consideration of this request.

                                Respectfully submitted,

                                /s/

                                Grainne E. O'Neill

**1 /** P (646) 808-0997    **4 /** www.oandh.net
**2 /** F (212) 203-1858    **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net    **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA