UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| OMAR AMANAT, | 15 Cr. 536 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        Sentencing in this matter is scheduled for August 19, 2021, at 3:00 p.m. The Defendant seeks a sentence of time-served, based in part on certain medical conditions that put him at greater risk from the Covid-19 virus. (See O. Amanat Sent. Br. (Dkt. No. 1186) at 35-39) Neither side has addressed the Defendant's vaccination status. The parties will submit letters addressing the Defendant's vaccination status by **5:00 p.m. on August 18, 2021.**

Dated: New York, New York
       August 17, 2021

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge