

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 18, 2021

BY CM/ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

       Re:    United States v. Omar Amanat
                  15 Cr. 536 (PGG)

Dear Judge Gardephe:

      The Government writes in response to the Court's August 17, 2021 Order. The attached Bureau of Prisons medical records for defendant Omar Amanat reflect that he is fully vaccinated for COVID-19. He received his first Pfizer vaccination on January 21, 2021 and his second Pfizer vaccination on February 11, 2021.

                                           Respectfully submitted,

                                           AUDREY STRAUSS
                                           United States Attorney

                                  By:    /s/
                                           Joshua A. Naftalis
                                           Andrea M. Griswold
                                           Daniel Tracer
                                           Assistant United States Attorneys
                                           (212) 637-2310/1205/2329

Attachment

cc:     Defense counsel (by CM/ECF)