# Meringolo Law

375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

August 18, 2021

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *United States v. Amanat*, 15-cr-536 (PGG)

Dear Judge Gardephe:

The Defense has confirmed that Mr. Amanat has received both doses of the Pfizer vaccine. He remains in a quarantine unit due to his other health conditions and circumstances.

                                                      Respectfully,

                                                      ____/s/_____

                                                      John Meringolo, Esq.

Cc:     All counsel (via ECF)