UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

OMAR AMANAT,

                              Defendant.

---

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court is in receipt of a <u>pro se</u> letter and accompanying materials from Defendant Omar Amanat, dated March 30, 2022 – which is appended to this order – seeking appointment of counsel pursuant to 18 U.S.C. § 3006A for the purposes of his appeal.

Because Defendant's appeal is currently pending before the United States Court of Appeals for the Second Circuit, Defendant's request for the appointment of counsel must be addressed by that court.

Accordingly, the Clerk of Court is directed to forward Defendant's letter and accompanying materials to the Clerk of Court for the United States Court of Appeals for the Second Circuit.

Dated: New York, New York
          April 8, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge